UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONDRE COLEMAN,

        Plaintiff

v.

HEIDI WASHINGTON,
MICHAEL EAGEN,
BRIAN SHIPMAN,
KENNETH ROMANOWSKI,
S. VALADE,
BARBARA ANDERSON,
A. FORTESCUE,

        Defendants.
_____/

Case No. 2:18-cv-13171
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

**ORDER REQUIRING MICHIGAN'S DEPARTMENT OF ATTORNEY GENERAL TO INFORM THE COURT WHETHER IT INTENDS TO REPRESENT DEFENDANT ROMANOWSKI and DIRECTING THE CLERK OF THE COURT TO SERVE A COPY OF THIS ORDER UPON MICHIGAN'S DEPARTMENT OF ATTORNEY GENERAL**

Deon (Deondre) Coleman was recently paroled from the Michigan Department of Corrections (MDOC) and has since updated his address with the Court.[1] Mr. Coleman's instant lawsuit, which was filed on October 11, 2018,

---

[1] (*See* www.michigan.gov/corrections, "Offender Search" (last visited Apr. 8, 2019); DE 18.)

concerns events that allegedly occurred at the MDOC's Detroit Reentry Center (DRC) and names seven (7) Defendants. (DE 1.)

Plaintiff is proceeding *in forma pauperis*. (DE 4.) The Court has summarily dismissed six (6) defendants and denied the related motion for reconsideration. (DEs 8, 12, 14.) Meanwhile, on February 22, 2019, the USMS acknowledged receipt of documents for service upon Defendant Romanowski. (DE 10.) On April 1, 2019, Defendant Romanowski executed a waiver of service, although it is unclear at this point whether the Attorney General will enter an appearance on his behalf. (DE 16.)

Judge Tarnow has referred this case to me for pretrial matters. Upon consideration, and in the interest of docket management, a representative of Michigan's Department of Attorney General **SHALL** inform the Court, forthwith, as to whether the Attorney General will be representing Defendant Romanowski in this lawsuit. The Clerk of the Court is **DIRECTED** to serve a copy of this order upon Assistant Attorney General Heather S. Meingast, Chief of the Civil Litigation, Employment & Elections Division, c/o Department of Attorney General, 525 W Ottawa St Fl 4, PO # 30736, Lansing, MI 48933-1067.[2]

---

[2] On April 4, 2019, Plaintiff filed what is titled a "supplement amended complaint," which the Court interprets as a first amended complaint and which names six (6) Defendants, including Defendant Romanowski. (DE 15.) The Court will address this complaint, as well as Plaintiff's pending motion for the appointment of counsel (DE 17), under separate cover.

**IT IS SO ORDERED.**

Dated: May 8, 2019     s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on May 8, 2019 electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti