UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEON COLEMAN,

    Plaintiff,

v.

KENNETH ROMANOWSKI, ET AL.,

    Defendants.

_____/

Case No. 18-13171

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY PATTI

**ORDER ADOPTING THE NOVEMBER 25, 2019 REPORT AND RECOMMENDATION [45]; AND DENYING PLAINTIFF'S PETITION [42]**

Plaintiff Deon Coleman brought this suit on October 11, 2018. [Dkt. # 1]. He filed an Amended Complaint [15] on April 4, 2019. He alleges that he was deprived of the halal diet required by his religious beliefs, in violation of the United States Constitution and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a). (Dkt. 15, Am. Compl.). He argues that his parole was revoked because he could not eat the food provided to him at the Detroit Reentry Center while he was undergoing substance abuse treatment. (Id.).

All pretrial matters in this case have been referred to Magistrate Judge Anthony P. Patti. On November 4, 2019, Plaintiff filed a Petition [42] for injunctive

relief against the Detroit Reentry Center. Pursuant to 28 U.S.C. § 636(b)(1), the Magistrate Judge issued a Report and Recommendation ("R&R") [45] on this petition on November 25, 2019. The Magistrate Judge advised the Court that Plaintiff is not entitled to injunctive relief against the Detroit Reentry Center, because he no longer resides there and may never reside there again. No objections to the R&R were filed.

Having reviewed the record, the November 25, 2019 Report and Recommendation [45] is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Petition [42] is **DENIED**.

**SO ORDERED**.

Dated: February 13, 2020

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge