UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONDRE LAMONT
COLEMAN,

        Plaintiff

v.

HEIDI WASHINGTON,
MICHAEL EAGEN,
BRIAN SHIPMAN,
KENNETH ROMANOWSKI,
S. VALADE,
BARBARA ANDERSON, and
A. FORTESCUE,

        Defendants.
_____/

Case No. 2:18-cv-13171
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

**ORDER DENYING PLAINTIFF'S DECEMBER 26, 2019 MOTION TO AMEND (ECF No. 50), ADDRESSING PLAINTIFF'S IDENTIFICATION AND CURRENT ADDRESS OF RECORD (ECF No. 65), and PROVIDING THE CLERK OF THE COURT WITH INSTRUCTIONS FOR SERVICE UPON PLAINTIFF**

### A.    Plaintiff's Identification and Current Address of Record

This lawsuit concerns the provision of religious meals at Detroit Reentry Center (DRC) during Plaintiff's October 2017 and April 2018 reassignments and his apparent August 2018 parole revocation. (ECF Nos. 1, 15.) At the time Deondre Lamont Coleman (#252207) filed this lawsuit, he was incarcerated at the MDOC's Central Michigan Correctional Facility (STF). (ECF 1, PageID.16-17.)

1

Since then, he has been paroled (April 25, 2019) and filed multiple notices of change of address with the Court.[1]

In December 2019, Plaintiff's address of record was 703 Ball Avenue NE, Grand Rapids, MI 49503, *i.e.*, the Kent County Correctional Facility (KCCF). (ECF No. 49-53.) On several occasions over the course of this lawsuit, the Court's mailings to Plaintiff have been returned as undeliverable. (ECF Nos. 47, 48, 54, 59, 64.) The latest two such items – one filed January 15, 2020 and another filed March 3, 2020 – were mailed to KCCF. (ECF Nos. 58-59, 63-64.) These returns are perplexing to the Court since the Plaintiff's interim filing, which is postmarked February 10, 2020, lists a return address of 703 Ball Ave NE, Grand Rapids, MI 49503 (KCCF). (ECF No. 61, PageID.408.)

Plaintiff's December 2019 filings suggest that the confusion may be related to Plaintiff's identification. Specifically, his address change lists the name Thomas A. Hale, *a.k.a.* Deon Coleman, #353349, which the Undersigned assumes to be Plaintiff's KCCF number. (ECF No. 49). In another filing, Plaintiff explains that

---

[1] *See* www.michigan.gov/corrections, "Offender Search," last visited May 27, 2020; *see also* ECF No. 13 (Macomb Correctional Facility (MRF), 34625 26 Mile Rd., Lenox Township, MI 48048), ECF No. 18 (281 Luther Street, Pontiac, MI 48341), ECF No. 28 (DRC), ECF No. 35 (Elmhurst House of Recovery, 12010 Linwood, Detroit, MI 48206), ECF No. 39 (Salvation Army Adult Rehabilitation Center, 1491 Division Avenue S, Grand Rapids, MI 49507), and ECF No. 49 (Kent County Correctional Facility (KCCF), 703 Ball Avenue N.E., Grand Rapids, MI 49503).

he was arrested in November 2019 under the name "Thomas Allen Hale" and placed in KCCF.  (ECF No. 50.)  In fact, the MDOC's Offender Tracking Information System (OTIS) lists several versions of this name among Plaintiff's many aliases.[2]

Unfortunately, the Court has not been able to independently confirm the confinement of a Deondre Coleman or a Thomas Hale within Kent County's online "Inmate Lookup."[3]  <u>Nor should it have to</u>.  *See* E.D. Mich. LR  11.2 ("Failure to Provide Notification of Change of Address").  Nonetheless, based on the return address for Plaintiff's filing (post-marked March 27, 2020), Plaintiff appears to be located at Alternative Directions, which "provides residential services to adult male non-violent felony offenders and probation violators."  (*See* ECF No. 65, PageID.426; https://www.accesskent.com/Courts/CommunityCorrections/centers.htm (last visited May 27, 2020.)

### B.  Plaintiff's motion to amend

Plaintiff's Fed. R. Civ. P. 15 motion seeks to amend his complaint to add Defendants Corizon Health, Inc. and the Kent County Sheriff (Michelle LaJoye-Young).  (ECF No. 50, https://www.accesskent.com/Sheriff/.)  Plaintiff describes

---

[2] *See* www.michigan.gov/corrections, "Offender Search," last visited May 27, 2020.

[3] *See* https://www.accesskent.com/InmateLookup/newSearch.do, last visited May 27, 2020.

the problems he is encountering at KCCF, which include failing to recognize religious meals, dealing with a hunger strike, and issues accessing his multiple sclerosis medication. (ECF No. 50, PageID.350-351.)

Without commenting on the merits of Plaintiff's KCCF-related allegations, these are nevertheless outside the scope of *this* lawsuit, which involves claims against MDOC officials for alleged events at DRC. To the extent that this motion could be construed as a motion to supplement the pleadings under Fed. R. Civ. P. 15(d), based upon events which are subsequent to those described in the operative pleading, *i.e.*, the April 4, 2019 amended complaint (ECF No. 15), the Court, in its discretion, declines to do so.

### C. Order

Upon consideration, Plaintiff's December 26, 2019 motion to amend (ECF No. 50) is **DENIED**. Moreover, while Plaintiff's address of record was updated in March 2020 (ECF No. 65), Plaintiff shall, **no later than Wednesday, July 15, 2020**, clarify his identification with Kent County officials, namely: (1) his legal name; (2) MDOC number; and, (3) Kent County number. Meanwhile, in an effort to ensure Plaintiff's receipt of this order, the Clerk of the Court is **DIRECTED** to serve a copy of this order upon Plaintiff at his address of record (Alternative Directions, 1706 South Division S[E], Grand Rapids, MI 49507), and to address it to "Deondre Coleman / Thomas Hale" (MDOC #252207 / KCCF # 353349).

Objections to this order are governed by 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Mich. LR 72.1(d).

**IT IS SO ORDERED.**

Dated: May 28, 2020         s/*Anthony P. Patti*
                            Anthony P. Patti
                            UNITED STATES MAGISTRATE JUDGE